IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARLOS RAY FRAZIER**                                                                                                  **PLAINTIFF**

**v.**                                           **No. 5:16-cv-00322 KGB-PSH**

**GREG BOLIN,** *et al.*                                                                                              **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Carlos Ray Frazier filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 6, 2016 (Doc. No. 2). On February 9, 2018, the Court entered an order requesting a status report from the parties because there had been no activity in the case for approximately one year (Doc. No. 21). Defendant Greg Bolin filed a status report (Doc. No. 26). The text order sent to Frazier was returned as undeliverable (Doc. No. 22). On February 16, 2018, the Court entered a text order notifying Frazier that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 23). Frazier was directed to provide notice of his current

mailing address by no later than thirty days from the entry of the February 16, 2018 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend that his complaint be dismissed. A printed version of the text order was sent to him at his last known address. Envelopes containing the Court's February 16 order and another order could not be delivered to Frazier because he was no longer at the address he provided, and the envelopes were returned to the Clerk of the Court and entered on the docket. Doc. Nos. 28 & 29.

More than 30 days have passed, and Frazier has not complied or otherwise responded to the February 16 order. Frazier also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Frazier's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 28th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE