# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CARLOS RAY FRAZIER                                                                    PLAINTIFF

v.                                            No. 5:16-cv-00322 KGB-PSH

GREG BOLIN, *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 30). No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Court dismisses without prejudice plaintiff Carlos Ray Frazier's complaint (Dkt. No. 2). The Court denies as moot defendant Greg Bolin's pending motion to dismiss with brief incorporated (Dkt. No. 33).

It is so ordered this the 13th day of July, 2018.

Kristine G. Baker
United States District Judge