# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CARLOS RAY FRAZIER**                                                    **PLAINTIFF**

v.                          No. 5:16-cv-00322 KGB-PSH

**GREG BOLIN,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses without prejudice plaintiff Carlos Ray Frazier's claims.

So adjudged this the 13th day of July, 2018.

Kristine G. Baker
United States District Judge